IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAJI GLASS, | ) | |
| JOHN DOES AND JANE DOES, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CV199 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RENT A CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's Motion to Strike (Filing No. 77). The defendant states it inadvertently filed the document titled "Stipulation" (Filing No. 76), which contains factual allegations regarding witnesses in this matter. The Stipulation was signed only be counsel for the defendant and was filed by the defendant. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion to Strike (Filing No. 77) is granted.

2. The Clerk of Court shall strike from the court record Filing No. 76, entitled Stipulation.

DATED this 3rd day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge