# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANK MENSAH,** | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:03CV80 |
| | ) | |
| **RENT-A-CENTER, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| **TAJI GLASS,** | ) | |
| **JOHN DOES AND JANE DOES,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CV199 |
| | ) | |
| vs. | ) | |
| | ) | |
| **RENT A CENTER,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to discontinue service of notices (Filing No. 160, in case number 8:03CV80) for Nebraska Workforce Development, Department of Labor, party-in-interest. The movant requests to be administratively terminated as counsel no longer wishes to receive notices regarding the above captioned cases. The movant is not a party to this action. To the extent formal withdrawal is necessary, the court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1.   The motion for leave to withdraw of counsel John Albin and Thomas Ukinksi and the Nebraska Workforce Development, Department of Labor, party-in-interest (Filing No. 160, in case number 8:03CV80) is granted.

2. The Clerk of Court shall stop all electronic notices to John Albin and Thomas Ukinksi and the Nebraska Workforce Development, Department of Labor, party-in-interest regarding this case.

DATED this 21st day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge