IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANK MENSAH, | ) | |
| Plaintiff, | ) ) ) | 8:03CV80 |
| vs. | ) ) | |
| RENT A CENTER, | ) ) | 8:04CV199 |
| Defendant. | ) ) | |
| _____ | ) ) | |
| TAJI GLASS, JOHN DOES AND JANE DOES, | ) ) ) | ORDER OF DISMISSAL |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| RENT A CENTER, | ) ) | |
| Defendant. | ) | |

The matter before the court is the plaintiffs' unopposed motion to dismiss the above cases with prejudice (8:04CV199 Filing No. 177; 8:03CV80 Filing No. 170) .  The court finds that these cases should be dismissed with prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs' causes of action against the defendant in the above cases are hereby dismissed in their entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 17th day of February, 2006.

BY THE COURT:

s/Joseph F. Bataillon_____
JOSEPH F. BATAILLON
United States District Judge